No. 945. HICKEY ET AL. *v.* ILLINOIS CENTRAL RAILROAD Co. Sup. Ct. Ill. Certiorari denied. *Leonard R. Hartenfeld* for petitioners. *Thomas M. Thomas, Robert Mitten* and *William M. Rice* for respondent.

No. 940. WALLACE *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Donald J. Rizzio* for petitioner.

No. 948. DUKE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Robert H. Van Brunt* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 961. WRIGHT, TRADING AS WRIGHT'S GROCERY *v.* MASONITE CORP. C. A. 4th Cir. Certiorari denied. *H. Gardner Hudson* for petitioner. *Welch Jordan* for respondent.

No. 963. STUCKER *v.* COLLEGE LIFE INSURANCE Co. OF AMERICA. Sup. Ct. Ind. Certiorari denied. *Arthur J. Sullivan* for petitioner. *John Rabb Emison* for respondent.

No. 782, Misc. MARION *v.* HARRIST. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, and *R. L. (Bob) Lattimore, Howard M. Fender* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 845, Misc. DAVIS *v.* TUBBS. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Roger Arnebergh* for respondent.